SUNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 18-10909-FDS |
| v. | ) ) ) | |
| AVIATION PORT SERVICES, LLC, | ) ) | |
| Defendant. | ) ) | |

**ORDER ON MOTIONS TO WITHDRAW APPEARANCE
AND FOR STAY OF DISCOVERY**

**SAYLOR, J.**

Attorney Jonathan W. Lent, counsel of record for the defendant, Aviation Port Services, LLC ("APS"), moved on November 7, 2019 for leave to withdraw his appearance. In support of the motion, counsel stated that (1) APS had repeatedly failed to fulfill its payment obligations and (2) he was unable to communicate with APS despite multiple attempts. Under these circumstances, counsel stated that continuing to represent APS would be an unreasonable financial burden on him and would be unreasonably difficult. The motion is unopposed.

The Court will grant the motion, but with conditions. APS is an LLC, and it is well-established that "limited liability companies, like corporations, cannot litigate pro se." *Hooper-Haas v. Ziegler Holdings, LLC*, 690 F.3d 34, 36 n.2 (1st Cir. 2012) (listing authorities); *see* D. Mass. Local Rule 83.5.5(c). Defendant APS must therefore be represented by counsel. Accordingly, the motion to withdraw is granted, effective December 3, 2019. If no successor counsel has entered an appearance by December 3, 2019, a default will enter against APS.

Plaintiff Equal Opportunity Employment Commission has cross-moved to stay discovery deadlines pending resolution of the issue of representation. That motion will also be granted. All discovery deadlines are stayed until December 4, 2019. The Court will issue a new discovery timetable if successor counsel enters an appearance.

**So Ordered.**

Dated: November 8, 2019

/s/ F. Dennis Saylor, IV
F. Dennis Saylor, IV
United States District Judge